**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **AMED PEREZ QUINTANA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01904-DB** |
| | § | |
| **WARDEN OF CAMP EAST MONTANA** | § | |
| **and ICE**, | § | |
| **Respondents.** | § | |

**ORDER LIFTING STAY OF REMOVAL UNTIL SEPTEMBER 1, 2026**

On this day, the Court considered the above captioned case. On July 15, 2026, Amed Perez Quintana ("Petitioner") filed a "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241," ECF No. 3. Petitioner is currently detained at the Camp East Montana detention facility in El Paso, Texas in the Western District of Texas. *Id.* at 1. On July 24, 2026, Respondents filed a "Motion to Remove the Stay of Removal," ECF No. 6. Therein, Respondents state:

> Petitioner is subject to an order of removal to Cuba and has waived appeal making the order administratively final. *See* ECF No. 5-1; *see also* 8 C.F.R. § 1241.1(b) (federal regulation governing when an order of removal becomes final). As the ERO declaration shows, Petitioner's removal can be effectuated expeditiously. *See* Ex. A (Updated Declaration) (Declaration was updated from prior declaration, ECF NO. 5-2, to show that Petitioner was being removed to Cuba and not to a third country). Petitioner's removal is set to occur within two weeks should this Court deem it appropriate to lift the stay of removal. *Id.* at ¶ 7

Based on Respondents' assertions in their "Motion to Remove the Stay of Removal," ECF No. 6, the Court reserves ruling on the merits of Petitioner's writ. The Court also finds good cause exists to temporarily lift the stay of removal issued by this Court on July 15, 2026, in ECF No. 2.

Accordingly, **IT IS HEREBY ORDERED** Respondents' "Motion to Remove the Stay of Removal," ECF No. 6, is **GRANTED**.

**IT IS FURTHER ORDERED** that this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" issued on July 15, 2026, in ECF No. 2, is **LIFTED** until August 31, 2026, at 11:59 p.m.

**IT IS FURTHER ORDERED** this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" issued on issued on July 15, 2026, in ECF No. 2, is automatically **REINSTATED** at 12:00 a.m. on September 1, 2026.

**IT IS FURTHER ORDERED** Respondents **SHALL FILE** a status advisory either (1) advising removal from the United States was effectuated, or (2) advising of Petitioner's custody status as well as the status of removal efforts, including but not limited to all steps taken to effectuate removal and any impediments to date **no later than September 4, 2026**.

**IT IS FINALLY ORDERED** that the District Clerk's Office **SHALL OVERNIGHT MAIL** a copy of this order to Petitioner Amed Perez Quintana at ERO El Paso Camp East Montana, 6920 Digital Road, El Paso, TX 79936, or whatever address is on file.

**SIGNED** this **10th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**